# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

EMILY RENNHACK,

Appellant,

v.

WAL-MART STORES EAST, LP, a foreign limited partnership; WAL-MART STORES, INC., a foreign corporation; ASHLEY GREEHEY, individually; PAUL SCHRIMSCHER, individually; DAVID BENNETT, store manager; STEPHANIE CRUZ, individually; and GUY STAPP, individually,

Appellees.

No. 2D22-3197

————————————————

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach; W. Nelon Kirkland of Dye, Harrison, Kirkland, Petruff & Pratt, PLLC, Bradenton; and Thomas P. Whitaker, Jr. of Kingdom Counsel, Bradenton, for Appellant.

Jack R. Reiter and Sydney M. Feldman of GrayRobinson, Miami, for Appellees Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.

Trina S. Hearn and Andrew S. Bolin of Bolin Law Group for Appellees Ashley Greehey, Paul Schrimscher, David Bennett, Stephanie Cruz, and Guy Stapp.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.